NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:97CR00099-001/RV

JERVA JERRELL JOHNSON, aka BIG JERRELL

On February 22, 2002, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that JERVA JERRELL JOHNSON, aka BIG JERRELL be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this _____ day of _____ Oct _____, 2005

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA. FLA.

2005 OCT -7 PM 12: 29

Honorable Roger Vinson
Senior United States District Judge

FILED